# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Rodolfo Lopez Ortega,<br><br>　　　　Petitioner,<br><br>v.<br><br>Pamela Bondi, et al.,<br><br>　　　　Respondents. | **NO. CV-26-00944-PHX-AMM (CDB)**<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came for consideration before the Court.  The issues have been considered, and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that, pursuant to the Court's Order filed February 11, 2026, Petitioner's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 is granted. This action is hereby dismissed.

　　　　　　　　　　　　　　　　　　Debra D. Lucas
　　　　　　　　　　　　　　　　　　District Court Executive/Clerk of Court

February 11, 2026

　　　　　　　　　　　　　　　　　　s/ Jocelyn Arviso
　　　　　　　　　　　　　　By　　Deputy Clerk